IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: YOVANA BUSTAMANTE<br>**Debtor(s)** | |
| | CHAPTER 13 |
| AMERICREDIT FINANCIAL SERVICES,<br>INC. dba GM FINANCIAL | Case No.: 16-17323 (AMC) |
| **Moving Party** | |
| v. | **Hearing Date: 3-21-17 at 11:00 AM** |
| YOVANA BUSTAMANTE<br>ALEX JOEL ARROGO | 11 U.S.C. 362 |
| **Respondent(s)** | 11 U.S.C. 1301 |
| WILLIAM C. MILLER<br>**Trustee** | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between AmeriCredit Financial Services, Inc., dba GM Financial and the Debtors in settlement of the Motion For Stay Relief, and filed on or about February 23, 2017, in the above matter is APPROVED.

Dated: **April 18, 2017**

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE