**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

YOVANA BUSTAMANTE						Chapter 13

			Debtor			Bankruptcy No. 16-17323-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

    **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

**Date: April 18, 2017**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ANTHONY ARECHAVALA
SUITE 3-A
802 SANSOM ST
PHILADELPHIA, PA 19107


Debtor:
YOVANA BUSTAMANTE

2143 BRIGHTON STREET

PHILADELPHIA, PA 19149-