United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Yovana Bustamante  
    Debtor

Case No. 16-17323-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Apr 18, 2017  
Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2017.  
db     Yovana Bustamante,    2143 Brighton Street,    Philadelphia, PA   19149-1802

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2017              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2017 at the address(es) listed below:  
    ANTHONY ARECHAVALA    on behalf of Debtor Yovana Bustamante legaloptions@comcast.net  
    DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982) bkgroup@kmllawgroup.com  
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com  
    WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM Financial mortonlaw.bcraig@verizon.net,   mhazlett@mortoncraig.com  
                   TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: YOVANA BUSTAMANTE<br>**Debtor(s)** | )<br>)<br>) CHAPTER 13 |
| AMERICREDIT FINANCIAL SERVICES,<br>INC. dba GM FINANCIAL<br>**Moving Party**<br>v. | )<br>) Case No.: 16-17323 (AMC)<br>)<br>) **Hearing Date: 3-21-17 at 11:00 AM**<br>) |
| YOVANA BUSTAMANTE<br>ALEX JOEL ARROGO<br>**Respondent(s)** | ) 11 U.S.C. 362<br>)<br>) 11 U.S.C. 1301<br>) |
| WILLIAM C. MILLER<br>**Trustee** | )<br>)<br>) |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between AmeriCredit Financial Services, Inc., dba GM Financial and the Debtors in settlement of the Motion For Stay Relief, and filed on or about February 23, 2017, in the above matter is APPROVED.

Dated: **April 18, 2017**

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE