United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-17323-amc
Yovana Bustamante                                                         Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 2             Date Rcvd: Apr 18, 2017
                              Form ID: pdf900          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2017.
```
db             Yovana Bustamante,    2143 Brighton Street,    Philadelphia, PA  19149-1802
13814672      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
               Arlington, TX  76096-3853
13809407       City of Philadelphia, Water Revenue Bure,    1401 John F Kennedy Blvd,
               Philadelphia, PA  19102-1617
13809408       DIRECTV,    PO Box 5007,    Carol Stream, IL  60197-5007
13873431       Directv, LLC,    by American InfoSource LP as agent,    PO Box 5008,
               Carol Stream, IL  60197-5008
13809409       GM Financial,    PO Box 181145,    Arlington, TX  76096-1145
13809410       Great Lakes,    PO Box 7860,    Madison, WI  53707-7860
13809411       KML Law Group,    701 Market St Ste 5000,    Philadelphia, PA  19106-1541
13809412       Liberty University,    1971 University Blvd,    Lynchburg, VA  24515-0002
13809414      +Philadelphia Gas Works,    800 W Montgomery Ave,    Philadelphia, PA 19122-2898
13825404      +U.S. Bank National Association (Trustee for the Pe,    PHFA Loan Servicing Division,
               211 North Front Street,    Harrisburg, PA 17101-1466
13809415       US Bank Nat Assoc,    211 N Front St,    Harrisburg, PA  17101-1406
13837178       US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON WI 53708-8973
13873008       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
               Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Apr 19 2017 01:23:08      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 19 2017 01:22:49
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 19 2017 01:22:59     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13809406       E-mail/Text: EBNProcessing@afni.com Apr 19 2017 01:22:54      Afni, Inc.,
               1310 Martin Luther King Dr,    Bloomington, IL  61701-1465
13895500       E-mail/Text: bankruptcy@phila.gov Apr 19 2017 01:23:08      City of Philadelphia,
               Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
13861788      +E-mail/Text: bankruptcygroup@peco-energy.com Apr 19 2017 01:22:36      PECO Energy Company,
               Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13878932       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2017 01:27:48
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13809413      +E-mail/Text: bankruptcygroup@peco-energy.com Apr 19 2017 01:22:36      Peco,    2301 Market St,
               Philadelphia, PA 19103-1380
                                                                                              TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13819031*     +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
               Arlington, TX  76096-3853
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: PaulP              Page 2 of 2              Date Rcvd: Apr 18, 2017
                              Form ID: pdf900          Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2017 at the address(es) listed below:
        ANTHONY   ARECHAVALA    on behalf of Debtor Yovana   Bustamante legaloptions@comcast.net
        DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
         PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
        WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
         Financial mortonlaw.bcraig@verizon.net,  mhazlett@mortoncraig.com
                                                                                                     TOTAL: 5

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| YOVANA BUSTAMANTE | Chapter 13 |
| Debtor | Bankruptcy No. 16-17323-AMC |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: April 18, 2017**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ANTHONY ARECHAVALA
SUITE 3-A
802 SANSOM ST
PHILADELPHIA, PA 19107


Debtor:
YOVANA BUSTAMANTE

2143 BRIGHTON STREET

PHILADELPHIA, PA 19149-